THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DANIEL JENSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CDW CORPORATION, A Delaware corporation,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>**Case No. 2:24CV00888 DAK**<br><br>**Judge Dale A. Kimball** |

This case is before the court on Defendant CDW Corporation's ("CDW") Motion for Temporary Restraining Order and Preliminary Injunction. The court held oral argument on March 18, 2025. At the hearing, Edward Casmere, Heidi G. Goebel, and Ashleigh Ann Stochel represented CDW. Scott R. McLaughlin and Timothy M. Keegan represented Plaintiff Daniel Jensen. At the conclusion of the hearing, the court took the matter under advisement. Now being fully informed, the court issues the following Memorandum Decision and Order denying CDW's Motion for Temporary Restraining Order and Preliminary Injunction.

While it is a close call, the court has determined that CDW has not demonstrated a substantial likelihood of success on the merits or that it will suffer irreparable injury if the injunction pertaining to Mr. Jensen is denied.

Accordingly, IT IS HEREBY ORDERED that CDW's Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 13] is DENIED. CDW had also filed a Motion to

Dismiss or, in the Alternative, to Compel Arbitration,[1] but the parties subsequently reached an agreement to arbitrate.[2] The court therefore directs the Clerk of Court to administratively close this case, but either party may file a motion to reopen the case, if necessary, after the arbitration has been completed.

DATED this 24th day of April 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge

---

[1] ECF No. 12.
[2] ECF No. 50.